UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 2:26-cv-00021-JLS-SK Date: November 17, 2026
Title: Robert Smith v. McGee Air Services, Inc. et al

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| Kelly Davis | N/A |
| Deputy Clerk | Court Reporter |

| | |
|---|---|
| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
| Not Present | Not Present |

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL**

The Court has received a mediation report from the mediator indicating that on October 27, 2026, this matter settled in its entirety. (Doc. 23.) The parties were informed that they must "promptly file documents regarding the final disposition of the case." (*Id.*) Having received no filings from the parties following the mediation report, the Court ORDERS the parties to show cause, in writing, within **ten (10) days** of the issuance of this Order, why this matter should not be dismissed. Failure to timely respond will result in the immediate dismissal of this action with prejudice.

In light of the mediation report, all pending hearings are VACATED.

Initials of Deputy Clerk: kd